MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| QIUGUANG HE, | CASE NO. 2:25-CV-00003-DC-JDP (PS) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| KIKA SCOTT, | |
| Defendant. | |

Defendant's request for an initial extension of time, ECF No. 7, is granted. The new date for defendant to file a response to the complaint is July 22, 2025.

IT IS SO ORDERED.

Dated:   February 26, 2025                                    _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE

1